# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 18-5309**                                    **September Term, 2019**

**1:17-cv-01866-APM**

**Filed On: December 17, 2019** [1820613]

American Center for Law and Justice,

      Appellant

   v.

United States Department of Justice,
Federal Bureau of Investigation (FBI), a
component of Dept. of Justice (DOJ),

      Appellee

## M A N D A T E

In accordance with the order of October 18, 2019, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk

Link to the order filed October 18, 2019